UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. JOHAL, et al.,<br><br>        Defendants. | **CASE No. 1:15-cv-01662-LJO-MJS (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM**<br><br>**(ECF NO. 21)**<br><br>**DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(g)**<br><br>**CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On November 1, 2016, the Magistrate Judge issued findings and a recommendation to dismiss the action with prejudice for failure to state a claim. (ECF No. 21.) Plaintiff filed objections. (ECF No. 24.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

Court finds the findings and recommendation to be supported by the record and by proper analysis. Plaintiff's objections allege at most a claim of medical malpractice. They do not raise an issue of fact or law under the findings and recommendation.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the November 1, 2016 findings and recommendation (ECF No. 21) in full;
2. The action is DISMISSED with prejudice for failure to state a claim;
3. Dismissal counts as a strike pursuant to the "three strikes" provision set forth in 28 U.S.C. § 1915(g); and
4. The Clerk of the Court shall terminate all pending motions and close the case.

IT IS SO ORDERED.

Dated: **January 19, 2017**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE