| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| JASON SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>DR. JOHAL, et al.,<br><br>    Defendant. | CASE NO. 1:15-cv-01662-LJO-MJS(PC)<br><br>**ORDER VACATING ORDER GRANTING EXTENSION OF TIME TO PROVIDE UPDATED INFORMATION FOR SERVICE OF PROCESS**<br><br>(ECF No. 46)<br><br>**ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S DISPOSITIVE MOTION**<br><br>(ECF No. 44)<br><br>**DECEMBER 19, 2017 DEADLINE** |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 20, 2017, Plaintiff filed a motion to extend time to file a response to Defendant's dispositive motion. Due to a clerical error, an order was issued t purporting to address Plaintiff's motion, but instead granting him an extension of time to provide information for service process. (See ECF No. 45.)

    Based on the foregoing, it is HEREBY ORDERED that:

    1.    The Court's prior order (ECF No. 46) granting Plaintiff's motion to for an

1

extension of time to provide updated information for service of process is VACATED; and

2. Plaintiff's motion for extension of time to file a response to Defendant's motion (ECF No. 44) is GRANTED. Plaintiff shall have until December 19, 2017, to file a response to Defendant's motion for summary judgment.

IT IS SO ORDERED.

Dated: November 9, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE